UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KAREN MARIE WILLIS | CIVIL ACTION NO. 6:18-cv-00212 |
| VERSUS | MAGISTRATE JUDGE HANNA |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | BY CONSENT OF THE PARTIES |

**JUDGMENT**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties consented to have this matter resolved by the undersigned Magistrate Judge (Rec. Doc. 8-1) and this matter was referred to this Court for resolution (Rec. Doc. 9). For the reasons set forth in this Court's memorandum ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to properly weigh the opinions of the claimant's treating psychiatrist and again evaluate the claimant's residual functional capacity and ability

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

to work. The claimant shall be permitted to supplement the record with updated medical evidence and to have another hearing, if desired.

Signed at Lafayette, Louisiana, this 10th day of January 2019.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE